UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-81202-Civ-WILLIAMS

NESTLE HEALTH SCIENCE – PAMLAB, INC.
and BRECKENRIDGE PHARMACEUTICAL, INC.,

    Plaintiffs,

vs.

VIRTUS PHARMACEUTICALS, LLC,

    Defendant.
_____/

### ORDER ON PLAINTIFF'S AGREED MOTION TO SUBSTITUTE PARTY-PLAINTIFF

This **MATTER** is before the Court on Plaintiff Pamlab, LLC's Motion to Substitute Party-Plaintiff [D.E. 65]. The Motion is **GRANTED**. **Nestle Health Science – Pamlab, Inc.** is hereby substituted as a party-plaintiff in place of **Pamlab, LLC**, with all the rights of a plaintiff to this action. Pamlab, LLC is no longer a plaintiff or party to this action.

**DONE AND ORDERED** in Chambers, at Miami, Florida, this 29 day of July, 2013.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

1