UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-81202-Civ-WILLIAMS

NESTLE HEALTH SCIENCE – PAMLAB, INC.
and BRECKENRIDGE PHARMACEUTICAL, INC.,

    Plaintiffs,

vs.

VIRTUS PHARMACEUTICALS, LLC,

    Defendant.
_____/

## ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION

This **MATTER** is before the Court on Plaintiffs' Motion for Preliminary Injunction [D.E. 34]. The Court held a hearing on the motion on May 9, 2013, during which the Court expressed several concerns with the motion and the relief requested. Plaintiffs filed a Revised Proposed Order Granting Motion for Preliminary Injunction on July 22, 2013 in an attempt to respond to the issues raised by the Court. [D.E. 66]. However, the Revised Proposed Order fails to adequately address the Court's concerns. Accordingly, the Motion [D.E. 34] is **DENIED** for the same reasons given on the record during the hearing on May 9, 2013.

**DONE AND ORDERED** in Chambers, at Miami, Florida, this 3rd day of December, 2013.

                                              KATHLEEN M. WILLIAMS
                                              UNITED STATES DISTRICT JUDGE

1