UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 12-81202-Civ-WILLIAMS

NESTLE HEALTH SCIENCE – PAMLAB, INC.
and BRECKENRIDGE PHARMACEUTICAL, INC.,

       Plaintiffs,

vs.

VIRTUS PHARMACEUTICALS, LLC,

       Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Plaintiffs Nestle Health Science – Pamlab, Inc. and Breckenridge Pharmaceutical, Inc.'s omnibus motion in limine (DE 223), Virtus Pharmaceuticals, LLC's response in opposition to Plaintiffs' omnibus motion in limine (DE 276), Plaintiffs' motion to exclude certain testimony of Douglas Kalman, Ph.D. (DE 190), Virtus's response in opposition to the motion to exclude Dr. Kalman (DE 255), and Virtus's omnibus motion in limine (DE 237).

The Court has reviewed the motions and the relevant portions of the record. As set forth below, Plaintiffs' motion (DE 223) is **GRANTED IN PART AND DENIED IN PART** and Virtus's motion (DE 237) is **GRANTED IN PART AND DENIED IN PART**.

### Plaintiffs' motion:

    A. Separately Briefed Matters – decided under separate orders.

    B. Specific Matters

        1. To be determined at trial.

        2. GRANTED.

3.  To be determined at trial.

4.  GRANTED.

5.  To be determined at trial.

6.  GRANTED.

7.  GRANTED IN PART.  Virtus shall not contend that the use of term "authorized generic" is misleading or confusing because no Party shall refer to any product as an "authorized generic."  Furthermore, there is no need for the term "authorized substitution."  Accordingly, the proffered expert testimony of Douglas Kalman, Ph.D. will not assist the trier of fact and Plaintiffs' motion to exclude Dr. Kalman (DE 190) is GRANTED.

C.  General Matters

1.  GRANTED.

2.  GRANTED.

3.  GRANTED.

4.  GRANTED.

5.  GRANTED.

6.  GRANTED.

7.  GRANTED.

8.  GRANTED.

D.  Documents & Exhibits

1.  GRANTED.

2.  GRANTED.

E.  Witnesses

    1.  To be determined at trial.

    2.  To be determined at trial.

    3.  To be determined at trial.

    4.  To be determined at trial.

    5.  GRANTED.

    6.  GRANTED.

**Virtus's motion:**

    1.  GRANTED so far as Plaintiffs may not use the term "imposter" and no Party may describe a generic as being "authorized" or "unauthorized." DENIED as to all other terms.

    2.  DENIED.

    3.  DENIED.

    4.  To be determined at trial.

    5.  DENIED.

    6.  To be determined at trial.

    7.  DENIED.

    8.  DENIED.

    9.  To be determined at trial.

    10. To be determined at trial.

    11. DENIED.

    12. To be determined at trial.

13. To be determined at trial.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 4th day of August, 2014.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT COURT JUDGE

4