UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 12-81202-Civ-WILLIAMS

NESTLE HEALTH SCIENCE – PAMLAB, INC.
and BRECKENRIDGE PHARMACEUTICAL, INC.,

    Plaintiffs,

vs.

VIRTUS PHARMACEUTICALS, LLC,

    Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court following hearing on the Parties' motions for partial summary judgment as well as various administrative motions. Plaintiffs Nestle Health Science – Pamlab, Inc. and Breckenridge Pharmaceutical, Inc. moved for partial summary judgment against Defendant Virtus Pharmaceuticals, LLC on Plaintiffs' claims for false advertising and unfair competition in violation of § 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), and Florida's Deceptive and Unfair Trade Practices Act ("FDUTPA"), Fla. Stat. § 501.201. (DE 135, 139.) Plaintiffs also moved for summary judgment on Virtus's declaratory judgment counterclaims; essentially, Plaintiffs argued that the counterclaims should be dismissed. (*Id.*)

Virtus moved for partial summary judgment with regard to Plaintiffs' Lanham Act and FDUTPA claims as to a subset of Virtus product: those batches that were manufactured after Virtus revised its product formulations in April 2013 ("Versions 2 and 3"). (DE 137.) The Court carefully considered the extensively briefed motions and for the reasons stated at the hearing, it is **ORDERED AND ADJUDGED** as follows:

- Plaintiffs' motion for partial summary judgment (DE 135, 139) is **GRANTED IN PART** and **DENIED IN PART**.

  - The Court **GRANTS** summary judgment in favor of Plaintiffs on Virtus's declaratory judgment counterclaim. Those claims are **DISMISSED**. See *Brillhart v. Excess Ins. Co. of America*, 316 U.S. 491 (1962); *Wilton v. Seven Falls Co.*, 515 U.S. 277 (1995).

  - Plaintiffs' motion for summary judgment on their claims under the Lanham Act and FDUTPA is **DENIED**.

- Virtus's motion for partial summary judgment (DE 137) is **DENIED**.

- The Parties' various motions to seal (DE 183, 198, 201, 203, 205, 207, 209, 228, 230, 239, 256, 259, 266, 267, 268, 269, 270, 271, and 272) are **GRANTED** with the understanding that the courtroom will not be sealed during trial and any topics discussed, evidence presented, or materials used will become a part of the Court's public record.

The Parties' motion for pretrial conference is **GRANTED**. The Parties will reconvene for argument concerning pretrial motions on August 11, 2014 at 9:00 a.m., 400 N. Miami Avenue, Miami, Florida, Courtroom 11-3. Jury selection will begin in the morning of August 12, 2014 with opening statements to follow. Trial will conclude on or before August 27, 2014.

**DONE AND ORDERED** in Chambers in Miami, Florida, this ___ day of August, 2014.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT COURT JUDGE